UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/5/21
```

JOSE QUEZADA, on behalf of himself and all others similarly situated,

Plaintiffs,

-against-

CENTRAL PRODUCTS, LLC,

Defendant.

Case No: 1:21-cv-04063-AJN

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   Forest Hills, New York
         July 27, 2021

**Mars Khaimov Law, PLLC**

By: _____
Mars Khaimov, Esq.
10826 64th Avenue, Second Floor
Forest Hills, New York 11375
marskhaimovlaw@gmail.com
*Attorneys for Plaintiff*

**Quarles & Brady LLP**

By: _____
Joseph T. Kohn, Esq.
1395 Panther Lane, Suite 300
Naples, Florida 34109
joseph.kohn@quarles.com
*Attorneys for Defendant*

8/5/21

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.